IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JORGE J. SOLANO-MORETA,
          Petitioner,

    v.                                  **Judgment in a Civil Case**

TRACY W. JOHNS,
          Respondent.                  Case Number: 5:12-HC-2004-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for failure to state a claim.

<u>This Judgment Filed and Entered on July 26, 2012, with service on:</u>
Jorge J. Solano-Moreta 11611-069, Butner Low - F.C.I., P.O. Box 999, Butner, NC 27509 (via U.S. Mail)

July 26, 2012                                                        /s/ Julie A. Richards
                                                                                  Clerk